**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

WILLIAM LEE FARLEY,

    Plaintiff,

v.                                                          CASE NO. 1:15-cv-00020-MP-GRJ

STATE OF FLORIDA,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 1, 2015. (Doc. 9).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner has filed objections at Doc. 10.  I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is DISMISSED pursuant to 28 U.S.C § 1915(e)(2)(B)(iii) because Plaintiff seeks monetary relief from defendants who are immune from such relief.

**DONE AND ORDERED** this   5th  day of August, 2015

                                                       *s/Maurice M. Paul*

                                                   Maurice M. Paul, Senior District Judge